IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA SMOLARZ,

        Plaintiff,

                                    Civil No. 2:16-CV-11883

v.

                                    HON. R. STEVEN WHALEN

CAROLYN W. COLVIN,           U.S. MAGISTRATE JUDGE
ACTING COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.

_____/

## <u>STIPULATION TO REMAND TO THE COMMISSIONER</u>

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the
Court should enter an order remanding the above-captioned case to the
Commissioner for further administrative action.  On remand, the Commissioner
will re-determine Plaintiff's residual functional capacity.  The Administrative Law
Judge will also conduct further proceedings and develop the administrative record
as necessary to determine whether Plaintiff is disabled within the meaning of the
Social Security Act, including offering Plaintiff a new hearing, and issuing a new
decision.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

/s/ Howard D. Olinsky[1]                    /s/ Lisa G. Smoller
Howard D. Olinsky                          Lisa G. Smoller
Olinsky Law Group                          Special Assistant United States Attorney
One Park Place                             15 New Sudbury Street, Room 625
300 South Street, Ste. 420                 Boston, MA 02203
Syracuse, NY 13202                         (617) 565-4279
(315) 701-5780                             lisa.g.smoller@ssa.gov[2]
holinsky@windisability.com

---

[1] Signed with consent obtained by email by Special Assistant United States
Attorney Lisa G. Smoller, received on December 8, 2016.

[2] Of Counsel: Elizabeth Larin, Assistant United States Attorney, 211 Fort Street,
Suite 2001, Detroit, MI 48226, P-32254.

CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2016, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify that an employee in the Office of the General Counsel's Office mailed, by United States Postal Service, the document to:

Howard D. Olinsky
Olinsky Law Group
One Park Place
300 South Street, Ste. 420
Syracuse, NY 13202

/s/ Lisa G. Smoller
Lisa G. Smoller
Special Assistant United States Attorney
15 New Sudbury Street, Room 625
Boston, MA 02203
(617) 565-4279
Lisa.g.smoller@ssa.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA SMOLARZ,

        Plaintiff,

                                Civil No. 2:16-CV-11883

v.

                                HON. R. STEVEN WHALEN

CAROLYN W. COLVIN,          U.S. MAGISTRATE JUDGE
ACTING COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER REMANDING CASE UNDER
SENTENCE FOUR PER PARTIES' STIPULATION**

The parties' Stipulation to Remand to the Commissioner is granted, and this

case is remanded to the Commissioner for further proceedings under sentence four

of 42 U.S.C. § 405(g).  On remand, the Commissioner will re-determine Plaintiff's

residual functional capacity.  Plaintiff will also be offered the opportunity for a

new hearing, and the ALJ will take any further action necessary to complete the

administrative record.

                                    s/R. Steven Whalen_____
                                    R. STEVEN WHALEN
                                    UNITED STATES MAGISTRATE JUDGE

Dated: December 15, 2016